In the Matter of the Arbitration between UNITED PIECE DYE WORKS, Respondent, and EMIL RIEVE, as General President of Textile Workers Union of America, C. I. O., et al., Appellants.

In the Matter of the Arbitration between EMIL RIEVE, as General President of Textile Workers Union of America, C. I. O., et al., Appellants, and UNITED PIECE DYE WORKS, Respondent.

Submitted October 6, 1952; decided October 23, 1952.

*Lester C. Migdal, Benjamin Wyle* and *Carl Rachlin* for motion. *Harry G. Liese* and *Herman Goldman* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.